IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAWANA L. CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., and WELLS FARGO BANK, N.A., AS TRUSTEE FOR FREEMONT HOME LOAN TRUST 2005 RR3, MORTGAGE BACKED CERTIFICATE SERIES 2005 RR3,[1]<br><br>    Defendants. | Case No: 1:19-cv-04863 |

## NOTICE OF SUPPLEMENTAL FILING

COME NOW, Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, National Association, as Trustee, on behalf of the certificateholders of Securitized Asset Backed Receivables LLC 2005-FR3, Mortgage Pass-Through Certificates, Series 2005-FR3 ("Wells Fargo"), and file this Notice of Supplemental Filing attaching the complete record of Case Number 2019CV327392 styled as Tawana L. Carter v. Select Portfolio Servicing, Inc., and

---

[1] This Defendant is incorrectly identified in the style of this case. The correct party to this case is Wells Fargo Bank, National Association, as Trustee, on behalf of the certificateholders of Securitized Asset Backed Receivables LLC 2005-FR3, Mortgage Pass-Through Certificates, Series 2005-FR3.

1

Wells Fargo Bank, N.A., as Trustee, for Freemont Home Loan Trust 2005 RR3, Mortgage Backed Certificate Series 2005 RR3, in the Superior Court of Fulton County, State of Georgia (the "State Court Action"). A true and correct copy of all pleadings and records from the State Court Action are attached hereto as **Exhibit "A"**.

Respectfully submitted, this 30th day of October 2019.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
COREY ROTHSCHILD (GA Bar No. 604149)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
crothschild@rubinlublin.com

*Attorneys for Defendants*

## FONT CERTIFICATION

In accordance with LR 7.1(D), the undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font pursuant to LR 5.1(B).

This 30th day of October 2019

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day served the Plaintiff with the within and foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Tawana Carter
115 Parkside Close
Alpharetta, GA 30022

This 30th day of October 2019.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)