

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 22 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION_

**TAWANA L. CARTER**

**Plaintiff,**

**Vs.**

**CIVIL ACTION**
**FILE NO: 2019-CV-O4863**

**Defendants.**
**SELECT PORTFOLIO SERVICING, INC.**
**WELLS FARGO BANK, N.A., AS TRUSTEE**
**FOR FREMONT HOME LOAN TRUST2005 RR3,**
**MORTGAGE BACKED CERTIFICATES, SERIES**
**2005 RR3,**

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, NOTICE OF OPPOSITION TO MOTION TO DISMISS WITH PREJUDICE

**I**

COMES NOW, Plaintiff . Tawana I. Carter ("Ms. Carter"),   and file their Motion

For Extension of Time.  against Defendants as follows:

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, NOTICE OF OPPOSITION TO MOTION TO DISMISS WITH PREJUDICE

Plaintiff  Tawana I. Carter   , Pro Se, file this Motion for Extension of Time for 25 days,

or alternatively, Motion for Extension of Time, Leave To Amend,  to File Response in

Opposition to Defendants' Motion To Dismiss  and states as follows:

1.     In response to Plaintiff's original Complaint, Defendants filed a Motion To Dismiss due in Oct. , 2019.   Plaintiff Pro Se needs additional time to contact Defendants .

2.     After a careful review of Defendants' Motion To Dismiss, Demurrer,  and Memorandum of Law, Plaintiffs realize that they need an  additional 25 days  to respond and Leave To Amend. Plaintiff is proceeding Pro Se and needs additional time to hire a researcher to help respond to a Motion to Dismiss .  I ask for mercy because I am overwhelmed by the amount of work this answer will require.

3.     Because we (Plaintiffs) are pro se, it is taking longer than expected to do the necessary research. As a result, we (Plaintiffs) request an additional 15 days from Nov. 20, 2019 within which to file a response.

4.     In the event the Court denies the request for leave to file a  response, Plaintiffs request an additional 15 days to file a Response in Opposition to Defendants' Motion to Dismiss.

5.     This request is not being made for purposes of delay, and this request will not prejudice the Defendants in any way.

WHEREFORE Plaintiff , Pro Se, respectfully requests this Honorable Court grant this Motion, enter an order granting Plaintiffs an additional 25 days to file an Amended Complaint, or alternatively, if the Motion for Leave is not allowed, grant an additional 25 days to file a Response in Opposition to Defendants' Motion To Dismiss, and such other relief this Court deems just and proper.

Tawana I. Carter