IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAWANA L. CARTER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:19-CV-4863-MHC-JSA |
| SELECT PORTFOLIO SERVICING, | : |
| INC. and WELLS FARGO BANK, | : |
| NATIONAL ASSOCIATION, *as Trustee,* | : |
| *on behalf of the certificateholders of* | : |
| Securitized Asset Backed Receivables LLC | : |
| 2005-FR3, Mortgage Pass-Through | : |
| Certificates, Series 2005-FR3,[1] | : |
| | : |
| Defendants. | : |

## **O R D E R**

The above-captioned action is before the Court on Plaintiff's "Motion for Extension of Time to File Response in Opposition to Defendants' Motion to Dismiss, Notice of Opposition to Motion to Dismiss with Prejudice" [12] ("Motion"). Plaintiff, proceeding *pro se*, makes inconsistent requests. She seeks an additional 25 days to amend her Complaint, or in the alternative, 15 additional days to otherwise respond to Defendants' Motion to Dismiss [10]. *See* Mot. [12] at 2. At the same time, however, Plaintiff states her alternative request as seeking 25 days to

---

[1] Defendants state that the latter defendant has been incorrectly identified in the pleadings. *See* Mot. to Dismiss [10] at 1 n.1. The Clerk is **DIRECTED** to update the docket to reflect the names in this caption.

otherwise respond to the Motion to Dismiss. *See id.* The Court construes the Motion as requesting an additional 25 days to file an amended complaint or otherwise respond to the Motion to Dismiss. Defendants have not responded to the Motion; it is thus deemed unopposed. *See* LR 7.1(B), NDGa.

Plaintiff also does not state the date from which she seeks an additional 25 days in which to amend her Complaint or otherwise respond to the Motion to Dismiss. Plaintiff's deadline to amend her Complaint as a matter of course was November 29, 2019. *See* Fed. R. Civ. P. 6(d), 15(a)(1)(B). The Court thus construes the Motion as seeking an extension through December 24, 2019.

Accordingly, the Motion [12] is **GRANTED** as unopposed. Plaintiff shall have through **December 24, 2019** to file an amended complaint or otherwise respond to Defendants' Motion to Dismiss [10].

**IT IS SO ORDERED** this 12th day of December, 2019.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE