IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 26 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**TAWANA L. CARTER**

Plaintiff,

Vs.

CIVIL ACTION
FILE NO: 2019-CV- 4863 MHCJSA

**Defendants.**
**SELECT PORTFOLIO SERVICING, INC.**
**WELLS FARGO BANK, N.A., AS TRUSTEE**
**FOR FREMONT HOME LOAN TRUST 2005 RR3,**
**MORTGAGE BACKED CERTIFICATES, SERIES**
**2005 RR3,**

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, NOTICE OF OPPOSITION TO
MOTION TO DISMISS WITH PREJUDICE

I

COMES NOW, Plaintiff . Tawana I. Carter ("Ms. Carter"),  and file their Motion

For Extension of Time. against Defendants as follows:

PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, NOTICE OF OPPOSITION TO
MOTION TO DISMISS WITH PREJUDICE

Plaintiff  Tawana I. Carter  , Pro Se, file this Motion for Extension of Time for 25 days,

or alternatively, Motion for Extension of Time, Leave To Amend,  to File Response in

Opposition to Defendants' Motion To Dismiss  and states as follows:

1. In response to Plaintiff's original Complaint, Defendants filed a Motion To Dismiss due in Oct., 2019. Plaintiff Pro Se needs additional time to contact Defendants.

2. After a careful review of Defendants' Motion To Dismiss, Demurrer, and Memorandum of Law, Plaintiffs realize that they need an additional 25 days to respond and Leave To Amend. Plaintiff is proceeding Pro Se and needs additional time to hire a researcher to help respond to a Motion to Dismiss. I ask for mercy because I am overwhelmed by the amount of work this answer will require.

3. Because we (Plaintiffs) are pro se, it is taking longer than expected to do the necessary research. As a result, we (Plaintiffs) request an additional 15 days from Nov. 20, 2019 within which to file a response.

4. In the event the Court denies the request for leave to file a response, Plaintiffs request an additional 15 days to file a Response in Opposition to Defendants' Motion to Dismiss.

5. This request is not being made for purposes of delay, and this request will not prejudice the Defendants in any way.

WHEREFORE Plaintiff, Pro Se, respectfully requests this Honorable Court grant this Motion, enter an order granting Plaintiffs an additional 25 days to file an Amended Complaint, or alternatively, if the Motion for Leave is not allowed, grant an additional 25 days to file a Response in Opposition to Defendants' Motion To Dismiss, and such other relief this Court deems just and proper.

Tawana I. Carter

I received a letter stating that I needed to file these documents by December 24th. I came to file the documents today December 24th, 2019. The building was not open. I am over nighting these documents because the federal court was closed today and the ~~federal~~ court would not allow me to efile these documents either. Please file and give me an extension to prepare my response to the ~~plantiff~~ defendants

Lawanna Carter
12/24/2019

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 26 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Note: Documents enclosed