IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAWANA L. CARTER,

    Plaintiff,

v.

SELECT PORTFOLIO
SERVICING, INC., and WELLS
FARGO BANK, N.A., as trustee on
behalf of the certificate holders of
Securitized Asset Backed Receivables
LLC 2005-FR3, Mortgage Pass-
Through Certificates. Series 2005-
FR-3,

    Defendants.

CIVIL ACTION FILE

NO. 1:19-CV-4863-MHC-JSA

## ORDER

This *pro se* complaint is before the Court on the Final Report and Recommendation ("R&R") of the Magistrate Judge [Doc. 18] recommending that Defendants' Motion to Dismiss [Doc. 10] be granted on the ground of *res judicata*. The Order for Service of the R&R [Doc. 19] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. On February 13, 2020, Plaintiff

filed a "Response to Defendant's Motion to Dismiss" [Doc. 20], which once again[1] responds to Defendant's motion but does not discuss the Magistrate Judge's R&R. Nevertheless, the Court will treat this latest response as her objections to the R&R ("Pl.'s Objs.").

In reviewing a Magistrate Judge's R&R, the district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted). Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1), and need only satisfy itself that there is no plain error on the face of the record in order to accept the recommendation. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). Further, "the district court has broad discretion in reviewing a

---

[1] Plaintiff previously filed a response to Defendant's Motion to Dismiss on January 21, 2020 [Doc. 17], but that response did not address the issue of *res judicata*.

2

magistrate judge's report and recommendation"—it "does not abuse its discretion by considering an argument that was not presented to the magistrate judge" and "has discretion to decline to consider a party's argument when that argument was not first presented to the magistrate judge." Williams v. McNeil, 557 F.3d 1287, 1290-92 (11th Cir. 2009). In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has conducted a *de novo* review of those portions of the R&R to which the parties object and has reviewed the remainder of the R&R for plain error. See Slay, 714 F.2d at 1095.

In her latest filing, Plaintiff contends that *res judicata* does not bar her current claims because they "could not have been brought up in the previous cases." Pl.'s Objs. at 3; see also Pl's Objs. at 5-8. As an initial matter, as Plaintiff failed to respond to this issue raised in Defendants' Motion to Dismiss when the matter was before the Magistrate Judge, this Court would have the discretion to decline to consider Plaintiff's most recent opposition to the motion. McNeil, 557 F.3d at 1290-92. Nevertheless, the Court has considered Plaintiff's most recent argument and rejects it as unsupported by the evidence. As discussed by the Magistrate Judge, Plaintiff has alleged claims that previously were raised and decided in her previous two lawsuits as well as claims that could have been raised

in those lawsuits because they arose out of the same transactions or events at issue here. R&R at 2-5, 10-11.

Therefore, after consideration of what this Court has treated as Plaintiff's objections, and a *de novo* review of the record, it is hereby **ORDERED** that Plaintiff's objections [Doc. 20] are **OVERRULED**.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 18] as the judgment of the Court. It is hereby **ORDERED** that Defendants' Motion to Dismiss [Doc. 10] is **GRANTED**. Plaintiff's Complaint [Doc. 4] is **DISMISSED**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 16th day of March, 2020.

_____
MARK H. COHEN
United States District Judge